UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HANG NGUYEN,
                              Plaintiff,

                              24 Civ. 7859 (LGS)

             -against-

                              ORDER

MERRICK GARLAND et al,

                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS on October 16, 2024, the Complaint for a Writ of Mandamus was filed. It is hereby

      **ORDERED** that the Government shall, by **November 22, 2024**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiffs shall, by **December 13, 2024**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: November 4, 2024
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**